**FILED**
May 8, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BRIDGET COILTON, ) <br> ) <br> Defendant. ) | Case No. 2:18CR00069-GEB-3 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __BRIDGET COILTON__ , Case No. __2:18CR00069-GEB-3__ , Charge __18USC § 286.F__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __   __   Release on Personal Recognizance

     __   __   Bail Posted in the Sum of $_____

         __   __   Unsecured Appearance Bond $_____

         __   __   Appearance Bond with 10% Deposit

         __   __   Appearance Bond with Surety

         __   __   Corporate Surety Bail Bond

     __ ✔ __   (Other)   __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __May 8, 2018__ at __2:00 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court