1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  LINDA C. ALLISON, #179741
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814
   Linda_allison@fd.org
5
   Attorney for Defendant
6  BRIDGET COILTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:18-cr-00069-GEB |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| | ) DATE: July 6, 2018 |
| BRIDGET COILTON, et al., | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney ROSANNE RUST, Assistant Federal Defender LINDA C. ALLISON, attorney for BRIDGET COILTON, MICHAEL E. HANSEN, attorney for WILLIAM BENNETT and CANDICE L. FIELDS, attorney for CHRISTINA BENNETT that the status conference currently set for July 6, 2018, be vacated and continued to August 24, 2018, at 9:00 a.m.

The parties further stipulate and agree that the time from the date of this stipulation, May 14, 2018 through August 24, 2018 should be excluded from the time calculations under the Speedy Trial Act. 18 U.S.C. § 3161.

1     Defense counsel Linda Allison will be out of the office from late May through July. All parties will need additional time to review the discovery and conduct an investigation. The parties therefore stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T-4.

    For all of these reasons, the parties stipulate and agree to exclude time from the date of this stipulation May14, 2018 to August 24, 2018 under the Speedy Trial Act (18 U.S.C. § 3161) and the Local Rules.

Dated: May 14, 2018     Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
BRIDGET COILTON

Dated: May 14, 2018     */s/ Michael Hansen*
MICHAEL E. HANSEN
Attorney for WILLIAM BENNETT

Dated: May 14, 2018     */s/ Candice L. Fields*
Attorney for CHRISTINA BENNETT

Dated: May 14, 2018     McGREGOR W. SCOTT
United States Attorney

*/s/ Linda C. Allison for*
ROSANNE RUST
Assistant United States Attorney

/ / /

/ / /

/ /

-2-

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for July 6, 2018 at 9:00 a.m. be vacated and continued to August 24, 2018 at 9:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though May 14, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 16, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge