```
TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244


Attorney for Defendant
BRIDGET COILTON
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Bridget Coilton<br><br>　　　　Defendant. | No. 2:18-CR-00069 KJM<br><br>**STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE** |

　　　　Defendant, BRIDGET COILTON, by and through her counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

1. On May 8, 2018, Ms. Coilton was ordered released on bond with special conditions. (ECF #10). Pretrial conditions included submission to drug and/or alcohol testing. (ECF #16, Condition #9).

2. According to Pretrial Services Officer Darryl Walker, Ms. Coilton has been in compliance with her release conditions concerning abstention from drugs and/or alcohol. As such, Officer Walker requested that a motion for modification be filed to remove Ms. Coilton's condition requiring drug and/or alcohol testing.

3. Defense counsel indicated that she would file the instant stipulation and proposed order.

4. Rosanne Rust, counsel for the Government, has no objection to the removal of the condition based on Officer Walker's recommendation.

By this stipulation, Ms. Coilton now moves to have special condition #9 removed.

IT IS SO STIPULATED.

Dated:  April 24, 2023                                  Phillip A. Talbert
                                                        United States Attorney

                                        By:     /s/Rosanne Rust
                                                Rosanne Rust
                                                Assistant U.S. Attorney

                                                For the United States


Dated:  April 24, 2023                  By:     /s/ Toni White
                                                TONI WHITE
                                                For Defendant Bridget Coilton


**O R D E R**

IT IS SO FOUND AND ORDERED this 1st day of May, 2023.

CHIEF UNITED STATES DISTRICT JUDGE